UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Arthur Lubin, et al.

    v.                                        Civil No. 06-cv-103-SM

ET Transportation Services, Inc.

**O R D E R**

A review of court records indicates that the complaint in this action was filed on March 20, 2006, and that no proof of service of the summons and complaint has been filed as required by Fed. R. Civ. P. 4(m)[1].

The plaintiff is directed to serve the summons and complaint on the defendant(s) and to file proof of that service with the Clerk of Court on or before July 20, 2006.  If the defendant(s) is not served with the summons and complaint on or before that

---

[1] Fed. R. Civ. P. 4(m) states, in relevant part:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

date, and if the plaintiff fails to show cause in writing why service has not been effected, a report and recommendation will be made to the assigned United States District Court Judge that the complaint be dismissed for failure to prosecute pursuant to Fed. R. Civ. R. 4 and 41.

The plaintiff is directed to contact the Clerk of Court's Office for this judicial district at 55 Pleasant Street, Concord, New Hampshire 03301, telephone number 603-225-1423, for any procedural assistance he may require.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date: June 8, 2006

cc:   Arthur Lubin, *pro se*