UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Arthur Lubin, et al.

       v.                                  06-cv-103-SM

ET Transportation Services, Inc.

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated July 24, 2006, for the reasons set forth therein, no objection having been filed.  Plaintiff's complaint is hereby dismissed without prejudice.

SO ORDERED.

September 5, 2006

                                               _____
                                               Steven J. McAuliffe
                                               Chief Judge

cc:    Arthur Lubin, pro se